(July 12, 1990)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT S. ANTHONY, Appellant.—Appeal from a judgment of the County Court of Broome County (Monserrate, J.), rendered June 26, 1987, convicting defendant upon his plea of guilty of the crime of robbery in the third degree.

Appeal dismissed, as moot. No opinion. Mahoney, P. J., Kane, Casey, Mikoll and Yesawich, Jr., JJ., concur.